**THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS MASON,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **No.** |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 *et seq.,* Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is the named Defendant in Civil Action No. SC-26-07-28-6645 filed by Plaintiff Thomas Mason ("Plaintiff") in the Philadelphia Municipal Court, First Judicial District of Pennsylvania (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Philadelphia Municipal Court, First Judicial District of Pennsylvania, on July 28, 2026.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. The Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the State Court Action and shall file a copy of this Notice with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Experian Information Solutions, LLC, by counsel, removes State Court Action to the Eastern District of Pennsylvania.

Dated: September 3, 2026

*s/ Amy M. Koss*
Amy M. Koss
GOODWIN PROCTER LLP
3025 John F. Kennedy Boulevard, 8th Floor
Philadelphia, PA 19104
AKoss@goodwinlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I, Amy M. Koss, hereby certify that on September 3, 2026, I caused the foregoing document to be served by electronic mail and first class mail on the following:

**Counsel for Plaintiff**:
James S. Tupitza
Credit Law Office, LLC
1300 Industrial Boulevard, Suite 203
Southampton, PA 18966
(215) 909-9000

s/ *Amy M. Koss*
Amy M. Koss